[Cite as *USA Parking Sys. v. Ohio Dept. of Transp.*, 2009-Ohio-7180.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

USA PARKING SYSTEMS

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2009-08063-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On October 8, 2009, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court. Plaintiff entity was also ordered to submit the $25 filing fee or a poverty statement or face dismissal of the claim. Upon review, plaintiff entity has failed to comply with the court orders. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41. The court shall absorb the costs of this case

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

USA Parking Systems
1325 Carnegie Avenue

Case No. 2009-08063-AD                - 2 -                ENTRY

Case No. 2009-08063-AD                - 2 -                ENTRY

Cleveland, Ohio  44115

DRB/laa
Filed 12/2/09
Sent to S.C. reporter 3/18/10